# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00425-CV

**Albert Hawkins, in his capacity as Commissioner of the Health & Human Services Commission, and Texas Health & Human Services Commission, Appellants**

**v.**

**El Paso County Hospital District, d/b/a R. E. Thomason General Hospital, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN203154, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants and appellee have filed a joint motion to dismiss this interlocutory appeal as moot. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Joint Motion

Filed: January 8, 2004